IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIGO FREEMANVIBE, *et. al,* <br><br> Plaintiffs, <br><br> vs. <br><br> VALLEY ARTS and SCIENCE ACADEMY, *et. al*, <br><br> Defendant. <br> _____/ | Old Case No: 12-cv-01727-AWI-BAM <br> New Case No: 12-cv-01727-AWI-SAB <br><br> **ORDER TO RECUSE MAGISTRATE JUDGE AND TO REASSIGN TO ANOTHER MAGISTRATE JUDGE** |

In light of recent developments, and on the basis of good cause, United States Magistrate Judge Barbara A. McAuliffe recuses herself from all future proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **12-cv-01727-AWI-SAB**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: April 10, 2013          /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE