# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIGO FREEMANVIBE, et al., | Case No. 1:12-cv-01727-AWI-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO FILE AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| VALLEY ARTS AND SCIENCE ACADEMY, et al., | |
| Defendants. | |

Plaintiffs Indigo Freemanvibe and J. F., a minor, are appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 4, 2013, an order issued dismissing Plaintiffs' complaint with leave to file an amended complaint within thirty days. (ECF No. 9.) On April 11, 2013, the magistrate judge recused herself and this action was reassigned to the undersigned. Upon review of the order dismissing the complaint, Plaintiffs are advised of the following requirements in filing an amended complaint.

Plaintiffs' complaint must be double spaced and may not exceed twenty-five pages in length. Plaintiffs' complaint must comply with the Federal Rules of Civil Procedure. In the amended complaint, Plaintiffs shall state as briefly as possible the facts of the case, describing how each defendant is involved, and Plaintiffs shall not give any legal arguments or cite to any cases or statutes. Plaintiffs shall separate the claims, so that it is clear what the claims are and

who the defendants involved are.  Further, for each claim, Plaintiffs shall clearly and succinctly set forth the facts to state the acts or failure to act by each Defendant that led to a knowing violation of Plaintiffs' federal rights.  Plaintiffs are referred to the order issued April 4, 2013, for the legal standards that apply to their claims.  Based upon the reassignment of this action,

IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiffs shall file an amended complaint;

2. Plaintiff's amended complaint must comply with the requirements stated herein; and

3. Failure to file an amended complaint in compliance with this order, shall result in this action being dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated:  **April 11, 2013**

UNITED STATES MAGISTRATE JUDGE