1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIGO FREEMANVIBE, et al., | Case No.  1:12-cv-01727-AWI-SAB |
| Plaintiffs, | ORDER STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT |
| v. | (ECF No. 12) |
| VALLEY ARTS AND SCIENCE ACADEMY, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |

Plaintiffs Indigo Freemanvibe and J.F. are appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 4, 2013, Plaintiff's complaint was dismissed with leave to file an amended complaint within thirty days.  (ECF No. 9.)  Plaintiff was provided with the legal standards that were applicable to her complaint and was advised that her complaint was limited to twenty-five pages and must comply with the Federal Rules of Civil Procedure.  On April 11, 2013, this action was reassigned to Magistrate Judge Stanley A. Boone.  (ECF No. 10.)  On April 12, 2013, an order issued again informing Plaintiff that the amended complaint could not exceed twenty five pages.  (ECF No. 11.)  On May 13, 2013, Plaintiff filed a second amended complaint. (ECF No. 12.)

The Court has reviewed Plaintiff's second amended complaint and finds that it does not comply with the prior orders of this Court.  Plaintiff has continued to allege claims against

1

individuals who are immune to suit and the complaint contains conclusory allegations that are not sufficient to state a claim.  Further, Plaintiff may not circumvent the orders of this Court by using a small font to avoid the twenty five page limitation.  Courts have the inherent power to control their docket and in the exercise of that power, they may properly strike documents.  Ready Transp., Inc. v. AAR Mfg., Inc., 627 F.3d 402, 404-05 (9th Cir. 2010).  The Court shall strike Plaintiff's second amended complaint.

Plaintiff shall be granted one final opportunity to file a second amended complaint that complies with the orders issued by this Court.  Plaintiff is once again advised that her complaint must comply with Federal Rules of Civil Procedure 8, 18, and 20.  Furthermore, Plaintiff's complaint may not exceed twenty five pages, double spaced, and the font must be Times New Roman 12 or similar in size.  Plaintiff is referred to the order issued April 4, 2013 for the legal standards that apply to her claims and should only amend those claims that she believes, in good faith, are cognizable.  Plaintiff is advised that an amended complaint supercedes the original complaint, Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superceded pleading," Local Rule 220.  Accordingly,

IT IS HEREBY ORDERED that:

1.     Plaintiff's second amended complaint, filed May 13, 2013, is STRICKEN FROM THE RECORD;

2.     The Clerk's Office shall send Plaintiff a civil rights complaint form;

3.     Within thirty days of the date of service of this order, Plaintiff shall file a second amended complaint that complies with this order and the orders issued on April 4, 2013, and April 12, 2013; and

//
//
//
//
//

4. If Plaintiff fails to file a second amended complaint that complies with the orders of this Court, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **May 16, 2013**

UNITED STATES MAGISTRATE JUDGE